IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON DIVISION

| | |
|---|---|
| ERVIN JOINER, | : |
|  Plaintiff, | : |
| VS. | : NO. 5:25-cv-00145-TES-CHW |
| HOUSTON COUNTY SHERIFF DEPARTMENT, | : |
|  Defendant. | : |

# ORDER

Plaintiff Ervin Joiner, a detainee in the Houston County Detention Facility in Perry, Georgia, filed a handwritten document that was docketed in this Court as a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff did not use the required 42 U.S.C. § 1983 form, pay the $405.00 filing fee, or move for leave to proceed *in forma pauperis* in this action. As a result, Plaintiff was ordered to (1) recast his complaint on a standard form and (2) either pay the $405.00 filing fee or submit a properly completed motion to proceed *in forma pauperis*. ECF No. 3.

An earlier order sent to Plaintiff in this case has been returned to this Court as undeliverable (ECF No. 4), and based on a review of the Georgia Department of Corrections Inmate Search it appears that Plaintiff has been moved to the Georgia Diagnostic and Classification Prison in Jackson, Georgia. *See* Georgia Dep't of Corr., Find an Offender, http://www.dcor.state.ga.us/GDC/Offender/Query, Query "Joiner, Ervin" (showing most recent institution as the Georgia Diagnostic and Classification Prison) (last visited May 28, 2025). It is Plaintiff's responsibility to keep the Court apprised of his current address. His failure to do so constitutes a failure to prosecute this

case, which may result in dismissal.

Nevertheless, because it is unclear whether Plaintiff has received the Court's previous order, the **CLERK** is now **DIRECTED** to forward a copy of the order to recast his complaint and either pay the filing fee or move for leave to proceed *in forma pauperis* (ECF No. 3), along with a blank 42 U.S.C. § 1983 form and a motion to proceed *in forma pauperis* and the proper accompanying documents (with the civil action number showing on all) to Plaintiff at the Georgia Diagnostic and Classification Prison.   Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his recast complaint and either pay the filing fee or move for leave to proceed *in forma pauperis*, as previously ordered. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.   There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 28th day of May, 2025.

> s/ Charles H. Weigle
> Charles H. Weigle
> United States Magistrate Judge