IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON DIVISION

| | |
|---|---|
| **ERVIN JOINER,** : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | NO. 5:25-cv-00145-TES-CHW |
| **HOUSTON COUNTY** : | |
| **SHERIFF DEPARTMENT,** : | |
| : | |
| Respondent. : | |

### ORDER

Petitioner Ervin Joiner, a prisoner in the Coffee Correctional Facility in Nicholls, Georgia, filed a handwritten document that was docketed in this Court as a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Thereafter, Petitioner recast his complaint as a § 2254 habeas corpus petition challenging his March 3, 2025, conviction in the Houston County Superior Court. ECF No. 10. On preliminary screening, it was recommended that the petition be denied based on Petitioner's failure to exhaust his state court remedies and that Petitioner be denied a certificate of appealability or leave to proceed on appeal *in forma pauperis*. ECF No. 11.

The recommendation of dismissal inadvertently omitted the language notifying Petitioner of his right to object to the dismissal. Therefore, Petitioner is now informed that, pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to the October 24, 2025, recommendation of dismissal with the District Judge to whom this case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served with a copy of this order. Any objection is limited in length to **TWENTY (20) PAGES**. See M.D. Ga. L.R. 7.4. Any party may seek an extension of time in which to file written objections, provided

a request for an extension is filed prior to the deadline for filing written objections. Failure to object in accordance with the provisions of § 636(b)(1) waives the right to challenge on appeal the district judge's order based on factual and legal conclusions to which no objection was timely made. *See* 11th Cir. R. 3-1.

Out of an abundance of caution, the clerk is **DIRECTED** to forward Petitioner a copy of the recommendation of dismissal (ECF No. 11) along with his service copy of this order.

**SO ORDERED**, this 21st day of November, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge