IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERVIN JOINER,<br><br>*Plaintiff,*<br><br>v.<br><br>HOUSTON COUNTY SHERIFF'S DEPARTMENT,<br><br>*Defendant.* | CIVIL ACTION NO.<br>5:25-cv-00145-TES |

ORDER

On November 25, 2025, the Court dismissed Plaintiff's 28 U.S.C. § 2254 claims and denied Plaintiff a certificate of appealability ("COA"). [Doc. 14]. Plaintiff now files a Motion for Leave to Appeal *In Forma Pauperis* ("IFP") and a Notice of Appeal. [Doc. 19]; [Doc. 16]. However, Plaintiff's Notice of Appeal does not list any issues Plaintiff intends to present on appeal, as required under Federal Rule of Appellate Procedure 24(a). Fed. R. App. P. 24(a). Instead, Plaintiff appears to summarize both this case and state court proceedings, and asks for a "date to be reviewed before this court . . . ." [Doc. 16]. In addition to not complying with Rule 24, Plaintiff also may not appeal without a COA. *Cobble v. Sellers*, No. 5:14-cv-313-MTT, 2014 WL 5364028, at *1 (M.D. Ga. Oct. 21, 2014) ("Petitioner cannot appeal without a certificate of appealability so his Motion for Leave to Proceed *In Forma Pauperis* . . . is moot."). This Court denied Plaintiff a COA. [Doc. 14]. Accordingly, Plaintiff's Motion for Leave to Proceed IFP is **DENIED** as moot.

1

**SO ORDERED**, this 27th day of January, 2026.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**